■ In the Matter of John Dodson, Petitioner, v Harold B. Beeler, Respondent. [827 NYS2d 678]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motion granted and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Sullivan, Williams and McGuire, JJ.